# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MARCIA GUZY, individually, et al., )<br>)<br>    Defendants. )<br>_____ ) | 3:04-CV-187-HDM (RAM)<br><br>**MINUTES OF THE COURT**<br><br>May 9, 2006 |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Mark Guzy has filed an Emergency Motion for Order Quashing Subpoena (Doc. #17). This case has been administratively closed since September 29, 2004 (Doc. #15).

    Mark Guzy's Emergency Motion for Order Quashing Subpoena (Doc. #17) is **GRANTED**. Counsel for Plaintiff and Mark Guzy shall contact Judge McQuaid's courtroom administrator (Gina Mugnaini - (775) 686-5758) to schedule a telephonic hearing regarding the rescheduling of Mr. Guzy's testimony.

    **IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                                           By:       /s/
                                                                   Deputy Clerk